## MOTION AND PROCEDURAL RULINGS

**1987–1879.  State v. Roe.**
Franklin App. No. 86AP-59. On motion to set execution date. Motion denied.
O'CONNOR, J., dissents.

**2002–1799.  Bethesda Healthcare, Inc. v. Zaino.**
Board of Tax Appeals, No. 00–J–1591. On request for oral argument. Request denied.

**2002–1981.  In re Estate of Worstell.**
Montgomery App. No. 19133. On motion of the American Cancer Society to supplement the record. Motion granted.
RESNICK, O'CONNOR and O'DONNELL, JJ., dissent.
On amended motion for sanctions for frivolous action. Amended motion denied.

**2003–0525.  Brozovic v. St. Paul Fire & Marine Ins. Co.**
Cuyahoga App. No. 80868, 2003-Ohio-554. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502, briefing schedule stayed.

## APPEALS ACCEPTED FOR REVIEW

**2003–0474.  Kyle v. Buckeye Union Ins. Co.**
Lucas App. No. L–02–1166, 2003-Ohio-488.
MOYER, C.J., RESNICK, PFEIFER and O'DONNELL, JJ., concur.
F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0500.  Jones v. Gue.**
Summit App. No. 21118, 2003-Ohio-358. Discretionary appeal allowed and cause held for decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.
F.E. SWEENEY, J., would allow and not hold for *Burkhart.*
RESNICK, J., dissents.

**2003–0522.  Congrove v. Wausau Ins. Co.**
Pickaway App. No. 02CA8, 2003-Ohio-1083. Discretionary appeal allowed and cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson*, Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0523.  Carle v. Stumbo.**
Pickaway App. No. 02CA2, 2003-Ohio-1084. Discretionary appeal allowed and cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson*, Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0533.  State v. Koger.**
Lucas App. No. L–00–1033, 2003-Ohio-576. Discretionary appeal allowed.
F.E. SWEENEY and PFEIFER, JJ., dissent.
MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., would allow and set the cause to be argued on the same date as the argument in 2002–1716, *State v. Harwell*, Lucas App. No. L–00–1356, 2002-Ohio-4349.